UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JEL MANUFACTURING LLC,

      Plaintiff,

  v.

Case No. 20-cv-1612-pp

SELECTIVE INSURANCE COMPANY
OF THE SOUTHEAST,

      Defendant.

---

**ORDER APPROVING STIPULATION OF DISMISSAL (DKT. NO. 12) AND DISMISSING CASE**

---

On June 14, 2021, the parties filed a Stipulation for Dismissal. Dkt. No. 12. The court **APPROVES** the stipulation and **ORDERS** that this case, together with all claims and causes of action set forth in the pleadings between the parties, is **DISMISSED with prejudice** and without further costs to either party.

Dated in Milwaukee, Wisconsin this 18th day of June, 2021.

                        **BY THE COURT:**

                        _____
                        **HON. PAMELA PEPPER**
                        **Chief United States District Judge**